**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael R. Dunfee             CHAPTER 7
       Mariane Dunfee

            Debtor(s)             BKY. NO. 20-10407 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

            Respectfully submitted,
            **/s/ Rebecca A. Solarz Esquire**
            Rebecca A Solarz, Esquire
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322