**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL R. DUNFEE ) | CHAPTER 7 |
| MARIANE DUNFEE ) | |
| DEBTORS ) | |
| ) | |
| NEWREZ D/B/A SHELLPOINT MORTGAGE ) | NO. 20-10407-AMC |
| SERVICING ) | |
|    vs. ) | |
| ) | 11 U.S.C. Section 362 |
| MICHAEL R. DUNFEE ) | |
| MARIANE DUNFEE ) | |
| DEBTORS ) | |
| ) | |
| GARY F. SEITZ | |
| TRUSTEE | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 29th day of May, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 20-10407-AMC)**

DEBTOR
MICHAEL R. DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

JOINT DEBTOR
MARIANE DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

ATTORNEY FOR DEBTOR
GEORGE R. TADROSS
TADROSS LAW
128 CHESTNUT STREET
SUITE 204
PHILADELPHIA, PA 19106

TRUSTEE
GARY F. SEITZ
GELLERT SCALI BUSENKELL & BROWN LLC
8 PENN CENTER
1628 JOHN F. KENNEDY BLVD
SUITE 1901
PHILADELPHIA, PA 19103

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106