**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MICHAEL R. DUNFEE | )    CHAPTER 7 |
| MARIANE DUNFEE | ) |
| DEBTORS | ) |
| | ) |
| NEWREZ D/B/A SHELLPOINT MORTGAGE | )    NO. 20-10407-AMC |
| SERVICING | ) |
|      vs. | ) |
| | )    11 U.S.C. Section 362 |
| | ) |
| MICHAEL R. DUNFEE | ) |
| MARIANE DUNFEE | ) |
| DEBTORS | ) |
| | ) |
| GARY F. SEITZ | |
| TRUSTEE | |

**CERTIFICATE OF NO RESPONSE TO NEWREZ LLC D/B/A SHELLPOINT**
**MORTGAGE SERVICING'S MOTION FOR RELIEF FROM STAY (D.E. 28)**

Movant, through counsel, hereby avers:

1. On May 29, 2020, NewRez LLC D/B/A Shellpoint Mortgage Servicing filed the above-captioned Motion for Relief from Stay (D.E. 28).

2. On May 29, 2020, the Motion and Notice of Motion was served as stated in the Motion.

3. Pursuant to Local Bankruptcy Rule 9014-3, any response to the Motion was due no later than June 12, 2020.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

**DATED** this 16th day of June, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on

this the 16th day of June 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 20-10407-AMC)

DEBTOR
MICHAEL R. DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

JOINT DEBTOR
MARIANE DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

ATTORNEY FOR DEBTOR
GEORGE R. TADROSS
TADROSS LAW
128 CHESTNUT STREET
SUITE 204
PHILADELPHIA, PA 19106

TRUSTEE
GARY F. SEITZ
GELLERT SCALI BUSENKELL & BROWN LLC
8 PENN CENTER
1628 JOHN F. KENNEDY BLVD
SUITE 1901
PHILADELPHIA, PA 19103

U.S. TRUSTEE
UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106