**IN THE UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL R. DUNFEE | ) | CHAPTER 7 |
| MARIANE DUNFEE | ) | |
| DEBTORS | ) | |
| | ) | |
| NEWREZ D/B/A SHELLPOINT MORTGAGE | ) | NO. 20-10407-AMC |
| SERVICING | ) | |
| MOVANT | ) | |
| vs. | ) | 11 U.S.C. Section 362 |
| | ) | |
| MICHAEL R. DUNFEE | ) | |
| MARIANE DUNFEE | ) | |
| DEBTORS | ) | |
| | | |
| GARY F. SEITZ | | |
| TRUSTEE | | |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 17 Bridle Path Road, Lansdale, Pennsylvania, 19446 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 22, 2020**

_____
BJ.

MICHAEL R. DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

MARIANE DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

GEORGE R. TADROSS
TADROSS LAW
128 CHESTNUT STREET
SUITE 204
PHILADELPHIA, PA 19106

GARY F. SEITZ
GELLERT SCALI BUSENKELL & BROWN LLC
8 PENN CENTER
1628 JOHN F. KENNEDY BLVD
SUITE 1901
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106