```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

```
In re:                                                      Case No. 20-10407-amc
Michael R. Dunfee                                           Chapter 7
Mariane Dunfee
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Lisa             Page 1 of 1         Date Rcvd: Jun 22, 2020
                            Form ID: pdf900        Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db/jdb        +Michael R. Dunfee,    Mariane Dunfee,    510 Pennbrook Avenue,    Lansdale, PA 19446-3935
cr            +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              GEORGE R. TADROSS    on behalf of Joint Debtor Mariane  Dunfee gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              GEORGE R. TADROSS    on behalf of Debtor Michael R. Dunfee gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    NewRez D/B/AShellpoint Mortgage Servicing
               Josh.Goldman@padgettlawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| MICHAEL R. DUNFEE ) | CHAPTER 7 |
| MARIANE DUNFEE ) | |
| DEBTORS ) | |
| ) | |
| NEWREZ D/B/A SHELLPOINT MORTGAGE ) | NO. 20-10407-AMC |
| SERVICING ) | |
| MOVANT ) | |
| vs. ) | 11 U.S.C. Section 362 |
| ) | |
| MICHAEL R. DUNFEE ) | |
| MARIANE DUNFEE ) | |
| DEBTORS ) | |
| | |
| GARY F. SEITZ | |
| TRUSTEE | |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 17 Bridle Path Road, Lansdale, Pennsylvania, 19446 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: June 22, 2020**

_____
BJ.

MICHAEL R. DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

MARIANE DUNFEE
510 PENNBROOK AVENUE
LANSDALE, PA 19446

GEORGE R. TADROSS
TADROSS LAW
128 CHESTNUT STREET
SUITE 204
PHILADELPHIA, PA 19106

GARY F. SEITZ
GELLERT SCALI BUSENKELL & BROWN LLC
8 PENN CENTER
1628 JOHN F. KENNEDY BLVD
SUITE 1901
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106