United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael R. Dunfee  
Mariane Dunfee  
    Debtors

Case No. 20-10407-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Jul 07, 2020  
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.  
db/jdb        +Michael R. Dunfee,   Mariane Dunfee,   510 Pennbrook Avenue,   Lansdale, PA 19446-3935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:  
            GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net  
            GEORGE R. TADROSS    on behalf of Joint Debtor Mariane  Dunfee gtadross@tadrosslaw.com,  
             r55386@notify.bestcase.com;robin@tadrosslaw.com  
            GEORGE R. TADROSS    on behalf of Debtor Michael R. Dunfee gtadross@tadrosslaw.com,  
             r55386@notify.bestcase.com;robin@tadrosslaw.com  
            JOSHUA I. GOLDMAN    on behalf of Creditor    NewRez D/B/AShellpoint Mortgage Servicing  
             Josh.Goldman@padgettlawgroup.com  
            REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM EDWARD CRAIG    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
             ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                 TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Michael R. Dunfee and Mariane Dunfee                : Case No. 20−10407−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 7, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court